IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NICKOLAS LIGHT,**
**#220857**                                                                                                  **PLAINTIFF**

V.                          CASE NO. 4:19-cv-684-KGB-BD

**MATTHEW HODGE**                                                                              **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Mr. Light may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Light does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.     Discussion**

Richard Gilliam, an inmate at the Lonoke County Detention Facility (Detention Facility), signed and filed a civil rights lawsuit purportedly on behalf of himself and other inmates, including Mr. Light. (Docket entry #1) In accordance with court policy, a separate lawsuit was opened for each Plaintiff. Because Mr. Light did not sign the complaint, it was not clear that he knew that a case was filed on his behalf or that he wanted to pursue claims in federal court.

In an October 4, 2019 Order, the Court gave Mr. Light 30 days to satisfy the filing fee requirement (by submitting an *in forma pauperis* (IFP) application or by pay the filing fee) and to file a signed, amended complaint stating his claims for relief. (#2) To date, Mr. Light has not responded to the October 4 Order. He has not submitted an IFP application or paid the filing fee; and he has not filed a signed complaint setting out his claims.

### III.  Conclusion

The Court recommends that Mr. Light's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 4, 2019 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 8th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE