IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICKOLAS LIGHT**  **PLAINTIFF**
ADC #220857

v.   Case No. 4:19-cv-00684-KGB-BD

**MATTHEW HODGE,**  **DEFENDANT**
Administrator, Lonoke County Detention Facility

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 3). Plaintiff Nickolas Light has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 3). The Court dismisses Mr. Light's complaint without prejudice for failure to comply with Judge Deere's October 4, 2019, order requiring him to satisfy the filing fee requirement by submitting an *in forma pauperis* application or by paying the filing fee and to file a signed, amended complaint stating his claims for relief (Dkt. No. 2).

It is so ordered this the 8th day of April, 2020.

_____
Kristine G. Baker
United States District Judge