IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICKOLAS LIGHT**                                                      **PLAINTIFF**
**ADC #220857**

**v.**                 **Case No. 4:19-cv-00684-KGB-BD**

**MATTHEW HODGE,**                                        **DEFENDANT**
**Administrator, Lonoke County Detention Facility**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that plaintiff Nickolas Light's claims are hereby dismissed, without prejudice.

It is so adjudged, this 8th day of April, 2020.

_____
Kristine G. Baker
United States District Judge